NO. **21-CI-06841**  JEFFERSON CIRCUIT COURT

DIVISION JEFFERSON CIRCUIT COURT DIVISION TWELVE (12)

BEVERLY SODAN, ADMINISTRATRIX
OF THE ESTATE OF BRIAN KEITH WILSON  PLAINTIFF

VS.  **COMPLAINT**

JACK COOPER TRANSPORT COMPANY, LLC  DEFENDANT

Process Agent:  Corporation Service Company CM
421 West Main Street
Frankfort, KY 40601



FILED IN CLERK'S OFFICE
DAVID L. NICHOLSON, CLERK
DEC 03 2021
BY _____ DEPUTY CLERK

COMES the Plaintiff, Beverly Sodan, Administratrix of the Estate of Brian Keith Wilson, by counsel and for her Complaint against the Defendant, Jack Cooper Transport Company, LLC and states as follows:

**THE PARTIES AND JURISDICTION**

1. That Plaintiff, Beverly Sodan, is and was at all times relevant hereto, a resident of Louisville, Jefferson County, Kentucky residing at 10622 Riva Road, Louisville, KY 40223.

2. That Plaintiff, Beverly Sodan, is the biological mother of the decedent, Brian Keith Wilson and is the duly appointed Administratrix of the Estate of Brian Keith Wilson having been so appointed by the Jefferson District Court, Probate Division, on October 4, 2021 Case Number 21P005082 and has qualified and is now qualified and acting as Administratrix of said Estate. (Please see attached Certificate of Qualification)

**JURY FEE PAID**

1

3. That Defendant, Jack Cooper Transport Company, LLC, is a Foreign/Limited Liability Company with its principal office located in Kennesaw, Georgia and doing business in the Commonwealth of Kentucky with terminal offices located at 6709 Grade Lane, Louisville, Jefferson County, Kentucky 40213 and 5114 Crittenden Drive, Louisville, Jefferson County, Kentucky 40209 and Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601 has been deemed its agent for service of process.

4. That the Defendant, Jack Cooper Transport Company, LLC is the largest over-the-road transporter of light vehicles in both the United States and Canada and has 34 terminals primarily in the midwestern and eastern regions of the United States, including Louisville, Kentucky and operates a fleet of over 2,000 rigs.

5. That on the date and time of the accident hereinafter described in this Complaint, August 10, 2021, Christopher L. Krugger, was an employee of Defendant, Jack Cooper Transport Company, LLC, acting within the scope and course of his employment with Defendant, Jack Cooper Transport Company, LLC.

6. Venue and jurisdiction is proper in the Jefferson Circuit Court as the conduct and actions hereinafter described in this Complaint occurred in Louisville, Jefferson County, Kentucky and the amount in controversy exceeds the jurisdictional limits of this Court.

## COUNT I

7. That on/or about August 10, 2021, Brian Keith Wilson, was operating a 1996 Harley Davidson motorcycle traveling northbound on Air Commerce Drive in Louisville, Kentucky. At or about the same time a commercial car carrier owned and/or operated by Defendant, Jack

Cooper Transport Company, LLC, and driven by its employee, Christopher L. Krugger, acting within the course and scope of his employment with Defendant, Jack Cooper Transport Company, LLC, was traveling southbound and negligently and carelessly made a left hand turn in front of the Plaintiff, Brian Keith Wilson, and failed to yield the right-of-way to him, causing the Plaintiff and his motorcycle to impact the rear of the commercial motor vehicle car carrier being operated by Christopher L. Krugger acting within the course and scope of his employment with Jack Cooper Transport Company, LLC.

8. That as a result of the negligence and carelessness of the Defendant, Jack Cooper Transport Company, LLC, by and through its employee, Christopher L. Krugger, acting within the course and scope of his employment with Defendant, Jack Cooper Transport Company, LLC, as aforedescribed, the Plaintiff suffered catastrophic injuries in and about various parts of his body, tremendous pain and suffering both mental and physical which ultimately lead to the untimely death of Brian Keith Wilson on September 22, 2021.

## COUNT II

9. That as a result of the negligence and carelessness of the Defendant, Jack Cooper Transport Company, LLC, by and through its employee, Christopher L. Krugger, acting within the course and scope of his employment with Defendant, Jack Cooper Transport Company, LLC, as aforedescribed, the Estate of Brian Keith Wilson has endured the complete destruction of earning capacity of Brian Keith Wilson and the Estate of Brian Keith Wilson is entitled to be compensated by the Defendant, Jack Cooper Transport Company, LLC, in an amount to be determined by the trier of fact;

3

### COUNT III

10. That as a result of the negligence and carelessness of the Defendant, Jack Cooper Transport Company, LLC, by and through its employee, Christopher L. Krugger, acting within the course and scope of his employment with Defendant, Jack Cooper Transport Company, LLC, as aforedescribed, Brian Keith Wilson, incurred medical expenses for which the Estate of Brian Keith Wilson, is entitled to be compensated by the Defendant, Jack Cooper Transport Company, LLC, in an amount to be determined by the trier of fact;

### COUNT IV

11. That as a result of the negligence and carelessness of the Defendant, Jack Cooper Transport Company, LLC, by and through its employee, Christopher L. Krugger, acting within the course and scope of his employment with Defendant, Jack Cooper Transport Company, LLC, as aforedescribed, Brian Keith Wilson suffered horrifically both mentally and physically from the date of the accident up to and including the date of his death, September 22, 2021 for which the Estate of Brian Keith Wilson is entitled to be compensated by the Defendant, Jack Cooper Transport Company, LLC, in an amount to be determined by the trier of fact.

WHEREFORE, the Plaintiff, Beverly Sodan, Administratrix of the Estate of Brian Keith Wilson, respectfully demands as follows:

1. Judgment in favor of Plaintiff against the Defendant, Jack Cooper Transport, Company, LLC;

2. For an award of damages that is fair and reasonable to compensate the Estate of Brian Keith Wilson for the total destruction of his power to labor and earn money,

3. For and award of damages that is fair and reasonable to compensate the Estate of Brian Keith Wilson, for the pain and suffering both mental and physical, endured by Brian Keith Wilson from the date of the accident up to and including his death on September 22, 2021.

4. For and award of damages that is fair and reasonable to compensate the Estate of Brian Keith Wilson for any medical bills incurred by Brian Keith Wilson related to the accident described in this Complaint;

5. For any costs incurred by the Estate of Brian Keith Wilson herein expended;

6. Trial by jury;

7. Any and all further relief to which the Estate of Brian Keith Wilson may appear to be entitled.

Respectfully submitted,

RONALD P. HILLERICH
Waterfront Plaza Building
Suite 1810
325 W. Main Street
Louisville, Kentucky 40202
Phone - (502) 916-8890
Fax (502) 916-8880
ron@hillerichlaw.com
Counsel for Plaintiff

5